**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SCOTT MACINTYRE,

Plaintiff,

vs. Case No.: 6:24-CV-988-JSS-CAB

CITY OF PALM BAY,
a Florida Municipality,
OFFICER JUAN CASTRO ESCANDON,
Individually,
OFFICER COLE MCDONALD,
Individually,
OFFICER DERRICK MITCHELL,
Individually,

Defendants.

_____________________________________/

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(II) and Local Rule 3.09, Plaintiff, Scott MacIntyre, and Defendants, City of Palm Bay *et al.* (the "Parties"), hereby stipulate that this action, and all claims and defenses asserted therein, be dismissed with prejudice. Each party will bear its own attorney's fees, costs, and expenses.

Dated: September 18, 2026

Respectfully submitted,

*/s/ Erich Messenger*
Erich Messenger
Patricia D. Smith, Esquire (728160)
Erich Messenger, Esquire (0096055)
Office of the City Attorney,
City of Palm Bay
120 Malabar Road S.E.
Palm Bay, FL 32907
Telephone: (321) 409-7185
Facsimile: (321) 409-7112
Patricia.smith@palmbayflorida.org
Erich.messenger@palmbayflorida.org

*Attorneys for Defendants*

*/s/ Stephen P. Warren*
Stephen P. Warren
Florida Bar No.: 788171
New York Bar No.: 6279244
Stephen.Warren@hklaw.com
Elizabeth M. Brownstein
Florida Bar No.: 1070930
HOLLAND & KNIGHT LLP
701 Brickell Avenue, Suite 300
Miami, FL 33131
Tel: 305.374.8500
Fax: 305.789.7799

Matt Gregory
*Pro Hac Vice*
D.C. Bar No.: 1033813
mgregory@gibsondunn.com
Alexander Hoyer
*Pro Hac Vice*
D.C. Bar No.: 90039348
ahoyer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C., 20036
Tel: 202.777.9481
Fax: 202.831.6190

Russell O. Shapiro
*Pro Hac Vice*
New York Bar No.: 6279244
rshapiro@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel: 332.253.7668

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2026, I electronically filed the foregoing document with Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Alexander Hoyer*
Alexander Hoyer