UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SCOTT MACINTYRE,

Plaintiff,

v. Case No: 6:24-cv-988-JSS-CAB

CITY OF PALM BAY, OFFICER JUAN CASTRO ESCANDON, OFFICER COLE MCDONALD, and OFFICER DERRICK MITCHELL,

Defendants.
___________________________________/

**ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants have filed a joint stipulation of dismissal with prejudice contemplating that each party will each bear its own fees and costs. (Dkt. 94.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). The rule "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Here, Plaintiff and Defendants signed the stipulation through their legal counsel. (Dkt. 94.) Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are met.

Accordingly:

1. The case is **DISMISSED with prejudice**.
2. Each party shall bear its own attorney fees and costs.
3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on September 22, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record